## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

CYNTHIA THOMPSON,       )
                              )
       Plaintiff,         )
                              )
vs.                         )   Case No.  CIV-09-0375-F
                              )
SECURITY FINANCE, et al.,   )
                              )
       Defendants.     )

## ORDER

The court's order of August 11, 2009 dismissed this action, and judgment was entered on that same date.  Doc. nos. 30, 31.  Accordingly, Plaintiff's Request to Amend and Add Defendants, doc. no. 32, is **STRICKEN** as moot.

Dated this 10th day of September, 2009.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0375p009.wpd